**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. RAEVON TERRELL PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00697-SEP |
| | ) | |
| DOUGLAS BURRIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* on Appeal, Doc. [9].  When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* Doc. [6]; 28 U.S.C. § 1915(a)(3), and Plaintiff does not appear to seek appellate review of any issue that is not frivolous.  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* on Appeal, Doc. [9] is **DENIED**.

Dated this 15th day of April, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE